CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 0 7 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 6:04cr70118 |
| v. | ORDER |
| JOHN ALVIS JACKSON, JR. <br> LARRY ANDREW CAREY, <br> *Defendants.* | JUDGE NORMAN K. MOON |

The Court has before it Defendant John Alvis Jackson's Motion for Judgment of Acquittal and for New Trial, filed on April 3, 2006, and Defendant Larry Andrew Carey's Motion for Arrest of Judgment or Judgment of Acquittal, filed on April 3, 2006.

For the reasons stated in the accompanying Memorandum Opinion, it is

**ADJUDGED and ORDERED**

that Defendants' Motions are hereby DENIED.

It is so ORDERED.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

19

ENTERED: *Norman K. Moon*
U.S. District Judge

June 7, 2006
Date

20